| | | | |
|---|---|---|---|
| Case No. | **CV 10-05608 DMG (RZx)** | Date | May 25, 2011 |
| Title | *David Zarraonandia, et al. v. Anthem Blue Cross Life & Health Insurance Co., et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED; ORDER VACATING FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES**

    The parties are hereby ordered to show cause why sanctions should not be imposed for their failure to comply with this Court's October 18, 2010 Scheduling and Case Management Order for Jury Trial [Doc. ## 11, 12] to complete early mediation by January 21, 2011 and to file a joint report regarding the results of early mediation by January 31, 2011. The Court's October 18th Order specifically states that "[n]o case will proceed to trial unless all parties . . . have appeared personally at a settlement conference." (Oct. 18, 2010 Order at 6.) Defendants also shall show good cause why they failed to file a motion prior to the March 4, 2011 motion cut-off seeking either an order for a non-jury trial or summary judgment. The parties shall file a written response to this Order by no later than **June 1, 2011**.

    The parties shall appear for a **telephonic status conference** on **June 6, 2011 at 11:00 a.m.** Counsel shall provide the courtroom deputy clerk, Valencia Vallery (213-894-5452), with the telephone number (land lines only) at which they wish to be reached at least three court days prior to the hearing. The Final Pretrial Conference on June 28, 2011 and its related pretrial filing deadlines are hereby **VACATED** until further order of the Court.

**IT IS SO ORDERED.**